# MINUTE ORDER
Page 2

## Magistrate Judge Lauren F. Louis
Atkins Building Courthouse - 11th Floor        Date: 8/5/2021    Time: 1:30 p.m.

Defendant: 2) ENER CORTEZ RODRIGUEZ    J#: 02432-506    Case #: 21-CR-20383-MOORE

AUSA: Adam Hapner    Attorney:

Violation: CONSPIRACY TO PWID COCAINE WHILE ON BOARD A VESSEL SUBJECT TO THE JURISDICTION OF THE U.S.    Surr/Arrest Date:    YOB: 1975

Proceeding: Initial Appearance/Arraignment    **CJA Appt:** Jacob Cohen, Esq.

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant consented to appear via appear via video
Defendant advised of rights and charges
Defendant sworn; CJA counsel appt'd

*STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets*

*Reading of Indictment Waived*
*Not Guilty plea entered*
*Jury trial demanded*
*Standing Discovery Order requested*
***Brady warning given***

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:32:13    Time in Court: 10 mins

s/Lauren F. Louis                          Magistrate Judge