UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20383-CR-MOORE

UNITED STATES OF AMERICA,

v.

ENER CORTES RODRIGUEZ,

    Defendant.
_____/

**UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE**

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully files this Motion for Enlargement of Time to Respond to Defendant's Motion For Reduction of Sentence [DE 100] and in support thereof, states as follows:

1. On December 2, 2025, the Defendant filed a Motion for Reduction of Sentence [DE 100].

2. The United States response is due December 16, 2025.

3. The undersigned will be out of the District and not returning to the Office until Monday, December 22, 2025.

4. The undersigned request a one-week enlargement of time until December 24, 2025, to respond.

WHEREFORE, for the aforementioned reasons, the United States request until December 24, 2025, to file its Response.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

/s/ Yvonne Rodriguez-Schack
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 794686
99 N.E. 4th Street
Suite 600
Miami, Florida 33132-2111
305.961.9014
305.536.7213 Facsimile
Yvonne.Rodriguez-Schack@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on 11th day of December, 2025, with the Clerk of the Court using CM/ECF.   I further certify that the foregoing document was mailed this day to Ener Cortes Rodriguez, *pro se*, Inmate No. 02432-506, Federal Correctional Institute, P.O. Box 779800, Miami, FL 33177.

/s/Yvonne Rodriguez-Schack
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY